■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CADLETT, Appellant.—Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on June 28, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, J. P., Sandler, Asch, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH SIMPSON, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on October 29, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Carro, Ellerin and Smith, JJ.